1:08cv11394 DPW

Dear Honorable US Court,

Enclosed is a signed copy of the signature page of the Complaint already on file.
Plaintiff was told that the Complaint that he originally sent in wasn't signed.

Also, Plaintiff is still awaiting the summonses for the Complaint to effect service of them.
Plaintiff was told by the District Court that the summonses have
not been released yet because pro se is reviewed by some staff attorney.
Plaintiff would like to know more about that and when the review might be done.
The Complaint appeared online prior to this staff attorney review, and is now the subject
of many internet and print newspapers, yet service of the summonses has not been effected.

Thank you very much.

Benjamin Ligeri

_____
Plaintiff, pro se

2. Plaintiff requests that this Court award punitive damages in a sum of $302 million ($302,000,000) dollars, which Plaintiff believes may begin to deter Defendants' unlawful dealings. Plaintiff asks that only $2 million ($2,000,000) dollars be awarded himself, or any other higher amount deemed just and equitable by this Court, and that the other $300 million ($300,000,000) dollars be awarded and split between the 9,000 independent YouTube Laborers/account holders with the highest views--who are not corporate entities but rather independent content creators--because YouTube.com (and Video.Google.com) are the most viewed entertainment/video websites (and "TV networks") in the world as a direct result of the labors of GooTube's unpaid independent content creators who are mostly living below the poverty line, despite their having collectively built a multi-billion-dollar entertainment/video regime that will never be forgotten.

//

//

DATED THIS __22__ DAY OF JULY, 2008.

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769
T: (401) 952-6661
E: GooTube@BenLigeri.com