```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

BENJAMIN LIGERI,
            Plaintiff,

            v.                        Civil Action No. 08-11394-DPW

YOUTUBE, INC., et al.,
            Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

On August 7, 2008, Plaintiff Benjamin Ligeri filed his self prepared complaint. With his complaint, Plaintiff filed an Application to Proceed Without Prepayment of Fees and Affidavit. See Docket No. 2. Upon review of the Application, I conclude that Plaintiff has shown that he is without assets to pay the fee. The Application is therefore GRANTED.

The Clerk shall issue summons and the United States Marshal shall serve a copy of the summons, complaint, and this Order upon the defendants as directed by plaintiff with all costs of service to be advanced by the United States. Notwithstanding Local Rule 4.1 and Fed. R. Civ. P. 4(m), the plaintiff has 120 days from the date of this Order to complete service.

SO ORDERED.

 September 11, 2008              /s/ Douglas P. Woodlock
DATE                             DOUGLAS P. WOODLOCK
                                 UNITED STATES DISTRICT JUDGE