UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BENJAMIN LIGERI,

        Plaintiff,

v.

YOUTUBE, INC., *et al.*,

        Defendants.

Case No.: 08 CA 11394 DPW

## NOTICE OF APPEARANCE

Please enter the appearance of Peter E. Gelhaar of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as attorney for Defendant Google, Inc., in the above-captioned proceeding.

    Respectfully submitted,

    YouTube, LLC and Google Inc.,

    By their attorneys,

    /s/ Peter E. Gelhaar
    James B. Conroy (BBO#096315)
    Peter E. Gelhaar (BBO#188310)
    DONNELLY, CONROY & GELHAAR, LLP
    One Beacon Street, 33rd Floor
    Boston, Massachusetts 02108
    (617) 720-2880

DATED: October 31, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, a true copy of the above was filed electronically via this Court's CM-ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

    /s/ Peter E. Gelhaar
    Peter E. Gelhaar

Dockets.Justia.com