UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

BENJAMIN LIGERI,

    Plaintiff,

v.

YOUTUBE, INC., *et al.*,

    Defendants.

Case No.: 08 CA 11394 DPW

## **NOTICE OF APPEARANCE**

Please enter the appearance of Jill Brenner Meixel of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as attorney for Defendants YouTube, LLC and Google Inc., in the above-captioned proceeding.

    Respectfully submitted,

    YouTube, LLC and Google Inc.,

    By their attorneys,

    /s/ Jill Brenner Meixel
    James B. Conroy (BBO# 096315)
    Peter E. Gelhaar (BBO# 188310)
    Jill Brenner Meixel (BBO# 652501)
    DONNELLY, CONROY & GELHAAR, LLP
    One Beacon Street, 33rd Floor
    Boston, Massachusetts 02108
    (617) 720-2880

Dated: November 17, 2008

1

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 17, 2008, a true copy of the above was filed electronically via this Court's CM-ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                        /s/ Jill Brenner Meixel
                                        Jill Brenner Meixel