UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

BENJAMIN LIGERI,

    Plaintiff,

v.

YOUTUBE, INC., *et al.*,

    Defendants.

Case No.: 08 CA 11394 DPW

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL BERTA

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Michael Berta, Esq., of Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105, be admitted to appear on behalf of defendants YouTube, LLC and Google Inc. (collectively "defendants") and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.    Mr. Berta is and has been a member in good standing of the bar of the State of California since March 27, 1998;

2.    Mr. Berta is and has been a member in good standing of the bars of the following United States Courts since the following dates:

> United States District Court for the Northern District of California: August 18, 2000;
>
> United States District Court for the Central District of California: July 18, 2005;
>
> United States District Court for the Southern District of California: January 25, 2000;
>
> United States District Court for the District of Columbia: 1999;

Dockets.Justia.com

United States Court of Appeals for the Federal Circuit: June 13, 2001;

United States Court of Appeals for the Seventh Circuit: 2003.

3. There are no disciplinary proceedings pending against Mr. Berta as a member of the bar in any jurisdiction;

4. Mr. Berta has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. In further support of this motion, Mr. Berta has submitted as Exhibit A hereto his Certificate of Good Standing as required by Local Rule 83.5.3; and

6. Payment in the amount of $50.00 is being submitted concurrent with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully moves Mr. Berta's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

YouTube, LLC and Google Inc.,

By their attorneys,

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Dated: November 17, 2008

## LOCAL RULE 7.1 CERTIFICATION

     I hereby certify that counsel for defendants conferred in good faith with *pro se* plaintiff Benjamin Ligeri in an effort to narrow or resolve the issues raised in this motion, and plaintiff has indicated that he assents to this motion.

                                                        /s/ Jill Brenner Meixel
                                                        Jill Brenner Meixel

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on November 17, 2008.

                                                        /s/ Jill Brenner Meixel
                                                        Jill Brenner Meixel