# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

BENJAMIN LIGERI,

        Plaintiff,

    v.

YOUTUBE, INC., *et al.*,

        Defendants.

Case No.: 08 CA 11394 DPW

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS YOUTUBE, INC., YOUTUBE, LLC, AND GOOGLE INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants, by and through their undersigned counsel, state that:

YouTube, LLC is a wholly-owned subsidiary of Google Inc. YouTube, Inc. no longer exists as a corporate entity. Google Inc. is publicly traded on the New York Stock Exchange. No publicly traded company owns 10% or more of the stock of Google Inc.

Respectfully submitted,

/s/ James Conroy
James Conroy (BBO# 096315)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel: (617) 720-2880
Fax: (617) 720-3554

Dated: December 19, 2008

-1-

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on December 19, 2008.

/s/ James Conroy
James Conroy