UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BENJAMIN LIGERI,
    Plaintiff,

    v.                          CIVIL ACTION
                                NO. 08-11394-DPW

YOUTUBE, INC., et al,
    Defendants.

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's ruling on December 30, 2008, made in open court and reflected in the stenographer's notes, allowing the Defendants' Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                    BY THE COURT,

                                    /s/ Jarrett Lovett
                                    Deputy Clerk

DATED: December 30, 2008