# United States Court of Appeals
## For the First Circuit

No. 09-1071

BENJAMIN LIGERI

Plaintiff - Appellant

v.

YOUTUBE, LLC, ET AL.

Defendants - Appellees

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: August 17, 2009

     Plaintiff appeals from the dismissal of his case under Fed. R. Civ. P. 12(b)(6) because it was brought in the wrong forum based on a forum selection clause in the parties' agreement. Applying <u>de</u> <u>novo</u> review, we affirm, essentially for the reasons stated by the district court at the hearing on December 30, 2008.

     The judgment of the district court is <u>affirmed</u>. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Michael A. Berta
   Jill Brenner Meixel
   James B. Conroy
   Peter E. Gelhaar
   Anne Marie Nicpon
   Benjamin Ligeri