# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BENJAMIN LIGERI

    Plaintiff,

v.

YOUTUBE, INC.
GOOGLE, INC., et al

NOTICE OF APPEAL TO US SUPREME COURT
case # 1:2008cv11394

    Plaintiff hereby notes his appeal to the United States Supreme Court, with the United States District Court for the District of Massachusetts.

Submitted by:

_____

Benjamin Ligeri, plaintiff pro se
39 Wheaton Ave.
Rehoboth, MA 02769