

08-11394
USDC MABO
Woodlock, D.

# United States Court of Appeals
## For the First Circuit

No. 09-1071

BENJAMIN LIGERI

Plaintiff - Appellant

v.

YOUTUBE, LLC, ET AL.

Defendants - Appellees

Before

Torruella, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: August 17, 2009

Plaintiff appeals from the dismissal of his case under Fed. R. Civ. P. 12(b)(6) because it was brought in the wrong forum based on a forum selection clause in the parties' agreement. Applying de novo review, we affirm, essentially for the reasons stated by the district court at the hearing on December 30, 2008.

The judgment of the district court is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk
Ligeri v. Youtube, Inc. et al — Doc. 29
Dockets.Justia.com

cc: Michael A. Berta
    Jill Brenner Meixel
    James B. Conroy
    Peter E. Gelhaar
    Anne Marie Nicpon
    Benjamin Ligeri

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*E. Dowling*
Deputy Clerk

Date: 09/09/2009